United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**FILED**
April 12, 2007

Charles R. Fulbruge III
Clerk

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY 1 4 2007
J.T. NOBLIN, CLERK
By_____ Deputy

No. 04-61102

D.C. Docket No. 1:03-CV-229
1:03-CV-157
1:03-CV-155
1:03-CV-604
1:03-CV-600
1:03-CV-290
1:03-CV-255
1:03-CV-228
1:03-CV-291
1:03-CV-20
1:03-CV-605
1:03-CV-171
1:03-CV-601
1:03-CV-158
1:03-CV-603
1:03-CV-602
1:03-CV-292
1:03-CV-623
1:03-CV-156
1:03-CV-239
1:03-CV-230
1:03-CV-227
1:03-CV-293
1:03-CV-606
1:03-CV-607
1:02-CV-790-SRO

JOSEPH FERRER

    Plaintiff - Appellant

v.

CHEVRON CORP

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KENNETH L GREEN

    Plaintiff - Appellant

v.

CHEVRON CORPORATION

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLAUDIA JOINER

```
                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
MARGARET STANTON

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
JERRY A SCOTT

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
PHYLLIS SMALL

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
EDWARD J MURRAY III

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
TRULA S DIXON

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
HUBERT N COPELAND

                    Plaintiff - Appellant
     v.

CHEVRON CORPORATION
```

```
                Defendant - Appellee
************************************************
GERALD D HOAG

                Plaintiff - Appellant
   v.

CHEVRON CORPORATION

                Defendant - Appellee
************************************************
CHESTER R SCOTT

                Plaintiff - Appellant
   v.

CHEVRON CORPORATION

                Defendant - Appellee
```

Appeals from the United States District Court for the Southern District of Mississippi, Gulfport.

Before GARWOOD, BENAVIDES, and OWEN, Circuit Judges.

### J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
                    Deputy
                              MAY 0 4 2007
New Orleans, Louisiana